**MOBA, B.V., Staalkat, B.V., and FPS Food Processing Systems, Inc., Plaintiffs–Appellants,**

v.

**DIAMOND AUTOMATION, INC., Defendant–Appellee.**

No. 04–1622.

United States Court of Appeals, Federal Circuit.

Nov. 29, 2004.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).